**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-24-00979-CR

_____

### IN RE DOROTHY ANN HUNT, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Dorothy Ann Hunt, proceeding pro se, filed a petition for a writ of mandamus asserting that on September 19, 2024, she filed a "motion for hearing on [p]etition for [w]rit of [h]abeas [c]orpus and [p]raecipe to Harris County Criminal Court," on behalf of her son, Sam Autry Fletcher, who is currently incarcerated in connection with his conviction for the felony offense of aggravated robbery.[1]  Hunt

---

[1]  Fletcher appealed following his conviction for the felony offense of aggravated robbery, which was affirmed by this Court. *See Fletcher v. State*, No.

asserts that, as of the "first week of December 2024," the trial "court ha[d] failed to set a hearing." Hunt therefore requested that this Court "issue a [w]rit of [m]andamus to [direct the 183rd District Court of Harris County] to hear the attached [p]etition and [p]raecipe."

Our review of Hunt's mandamus petition reflects that she has failed to establish that she is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3, 52.7, 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Accordingly, we deny Hunt's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).

---

01-15-00966-CR, 2016 WL 6962307, at *1 (Tex. App.—Houston [1st Dist.] Nov. 29, 2016, pet. ref'd) (mem. op., not designated for publication).